

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Christopher Humble,                    * Original Habeas Corpus Proceeding

No. 11-21-00115-CR                              * June 17, 2021

                                                * Per Curiam Memorandum Opinion
                                                  (Panel consists of: Bailey, C.J.,
                                                  Trotter, J., and Williams, J.)

This court has considered Christopher Humble's Application for Writ of Habeas Corpus and concludes that the Application for Writ of Habeas Corpus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the Application for Writ of Habeas Corpus is dismissed.